## MAYHALL V. EDDLEMAN.

*Assumpsit.*

(Decided June 14, 1907.)

APPEAL from Cullman Circuit Court.

Heard before Hon. D. W. SPEAKE.

M. F. PARKER, and A. A. GRIFFITH, for appellant.

W. T. L. COFER, for appellee.

Opinion by SIMPSON, J.

Affirmed.

TYSON, C. J., HARALSON and DENSON, JJ., concur.